IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY STURDIVANT, | ) | |
| Petitioner, | ) | |
| vs. | ) | CIVIL ACTION 1:17-cv-233-TFM-C |
| KARLA JONES | ) | |
| Respondent. | ) | |

### **ORDER**

On April 15, 2019, the magistrate judge entered a report and recommendation to which no objections have been filed. *See* Doc. 33. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the petition is **DISMISSED with prejudice** as time barred.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 17th day of May 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE